# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS OF TEXAS, LLC § § § Plaintiff, § § v. § § PLAYBOY ENTERPRISES INC., § PENTHOUSE MEDIA GROUP, INC., § LFP INTERNET GROUP, LLC, § STREAMRAY INC., TRUEBEGINNINGS, § LLC D/B/A TRUE.COM, WOO MEDIA, § INC., VIVID ENTERTAINMENT, LLC, § CLUB JENNA, INC., ANABOLIC VIDEO § PRODUCTIONS, INC., GAME LINK, § LLC, EVIL ANGEL PRODUCTIONS, § INC., NEW DESTINY INTERNET § GROUP, LLC, AND SHANE § ENTERPRISES, LLC § § Defendants. § | Civil Action No. 6:09-cv-499 **JURY TRIAL DEMANDED** |

## PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Joao Control & Monitoring Systems of Texas, LLC ("Joao Control") hereby discloses, by and through its undersigned counsel, that Joao Control is a limited liability company. Joao Control has no parent corporation and no public corporation owns 10% or more of Joao Control.

Dated: November 5, 2009                                          Respectfully submitted,


                                                                 By: /s/ Andrew Spangler
                                                                 Andrew W. Spangler
                                                                 Texas State Bar No. 24041960
                                                                 **SPANGLER LAW P.C.**

                                        208 N. Green Street, Suite 300
                                        Longview, Texas 75601
                                        Telephone: 903-753-9300
                                        Facsimile: 903- 553-0403
                                        spangler@spanglerlawpc.com

                                        **ATTORNEY FOR PLAINTIFF,**
                                        Joao Control & Monitoring
                                        Systems of Texas, LLC,

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

November 5, 2009                                                    /s/     Andrew Spangler
                                                                               Andrew W. Spangler