IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOAO CONTROL & MONITORING SYSTEMS OF TEXAS, LLC | § § § | |
| Plaintiff, | § § | Civil Action No. 6:09-cv-499 |
| v. | § § § | |
| PLAYBOY ENTERPRISES INC., PENTHOUSE MEDIA GROUP, INC. N/K/A FRIENDFINDER NETWORKS, INC., LFP INTERNET GROUP, LLC, STREAMRAY INC., TRUEBEGINNINGS, LLC D/B/A TRUE.COM, WOO MEDIA, INC., VIVID ENTERTAINMENT, LLC, CLUB JENNA, INC., ANABOLIC VIDEO PRODUCTIONS, INC., GAME LINK, LLC, EVIL ANGEL PRODUCTIONS, INC., NEW DESTINY INTERNET GROUP, LLC, AND SHANE ENTERPRISES, LLC | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

**ORDER GRANTING DEFENDANT TRUEBEGINNINGS, LLC'S**
**PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Having reviewed Defendant TrueBeginnings, LLC's Partial Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, and finding the same to be meritorious, the Court hereby grants the same.

IT IS THEREFORE ORDERED that Plaintiff's claims for inducing and contributory infringement are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).