# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS OF TEXAS, LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INC., PENTHOUSE MEDIA GROUP, INC., LFP INTERNET GROUP, LLC, STREAMRAY INC., TRUEBEGINNINGS, LLC D/B/A TRUE.COM, WOO MEDIA, INC., VIVID ENTERTAINMENT, LLC, CLUB JENNA, INC., ANABOLIC VIDEO PRODUCTIONS, INC., GAME LINK, LLC, EVIL ANGEL PRODUCTIONS, INC., NEW DESTINY INTERNET GROUP, LLC, AND SHANE ENTERPRISES, LLC<br><br>　　　Defendants. | Civil Action No. 6:09-cv-499-LED<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff Joao Control & Monitoring Systems of Texas, LLC ("JCMS") respectfully files this Motion to Dismiss Defendant Game Link, LLC. JCMS has agreed to dismiss all claims asserted against Defendant in this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties shall bear their own attorneys' fees, expenses, and costs.

Dated: April 21, 2010　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Andrew Spangler
　　　　　　　　　　　　　　　　　　　　　　Andrew W. Spangler
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24041960
　　　　　　　　　　　　　　　　　　　　　　**SPANGLER LAW P.C.**
　　　　　　　　　　　　　　　　　　　　　　208 N. Green Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　　Longview, Texas 75601

             Telephone: 903-753-9300
             Facsimile: 903- 553-0403
             spangler@spanglerlawpc.com

             **ATTORNEY FOR PLAINTIFF, JOAO**
             **CONTROL & MONITORING**
             **SYSTEMS OF TEXAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2010 electronically transmitted a pdf version of this document to the Clerk of Court using the CM/ECF system for filing and for transmittal of a Notice of Electronic Filing to all attorneys of record.

             _____/s/ Andrew W. Spangler_____