# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS OF TEXAS, LLC § § § Plaintiff, § § v. § § PLAYBOY ENTERPRISES INC., § PENTHOUSE MEDIA GROUP, INC., § LFP INTERNET GROUP, LLC, § STREAMRAY INC., TRUEBEGINNINGS, § LLC D/B/A TRUE.COM, WOO MEDIA, § INC., VIVID ENTERTAINMENT, LLC, § CLUB JENNA, INC., ANABOLIC VIDEO § PRODUCTIONS, INC., GAME LINK, § LLC, EVIL ANGEL PRODUCTIONS, § INC., NEW DESTINY INTERNET § GROUP, LLC, AND SHANE § ENTERPRISES, LLC § § Defendants. § | Civil Action No. 6:09-cv-499-LED  **JURY TRIAL DEMANDED** |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff Joao Control & Monitoring Systems of Texas, LLC ("JCMS") respectfully files this Motion to Dismiss Defendant New Destiny Internet Group, LLC. JCMS has agreed to dismiss all claims asserted against Defendant in this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties shall bear their own attorneys' fees, expenses, and costs.

Dated: April 21, 2010

Respectfully submitted,

/s/ Andrew Spangler
Andrew W. Spangler
Texas State Bar No. 24041960
**SPANGLER LAW P.C.**

> 208 N. Green Street, Suite 300
> Longview, Texas 75601
> Telephone: 903-753-9300
> Facsimile: 903- 553-0403
> spangler@spanglerlawpc.com
>
> **ATTORNEY FOR PLAINTIFF, JOAO CONTROL & MONITORING SYSTEMS OF TEXAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2010 electronically transmitted a pdf version of this document to the Clerk of Court using the CM/ECF system for filing and for transmittal of a Notice of Electronic Filing to all attorneys of record.

                _____/s/ Andrew W. Spangler_____