**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| JOAO CONTROL & MONITORING<br>SYSTEMS OF TEXAS, LLC | §<br>§<br>§ | |
| Plaintiff, | § | Civil Action No. 6:09-cv-499-LED |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| PLAYBOY ENTERPRISES INC.,<br>PENTHOUSE MEDIA GROUP, INC.,<br>LFP INTERNET GROUP, LLC,<br>STREAMRAY INC., TRUEBEGINNINGS,<br>LLC D/B/A TRUE.COM, WOO MEDIA,<br>INC., VIVID ENTERTAINMENT, LLC,<br>CLUB JENNA, INC., ANABOLIC VIDEO<br>PRODUCTIONS, INC., GAME LINK,<br>LLC, EVIL ANGEL PRODUCTIONS,<br>INC., NEW DESTINY INTERNET<br>GROUP, LLC, AND SHANE<br>ENTERPRISES, LLC | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff Joao Control & Monitoring Systems of Texas, LLC ("JCMS") respectfully files

this Motion to Dismiss Defendant Shane Enterprises, LLC.  JCMS has agreed to dismiss all

claims asserted against Defendant in this case with prejudice, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i).  The parties shall bear their own attorneys' fees, expenses, and costs.


Dated: April 21, 2010                                   Respectfully submitted,


                                                        /s/ Andrew Spangler
                                                        Andrew W. Spangler
                                                        Texas State Bar No. 24041960
                                                        **SPANGLER LAW P.C.**
                                                        208 N. Green Street, Suite 300
                                                        Longview, Texas 75601

Telephone: 903-753-9300
Facsimile: 903- 553-0403
spangler@spanglerlawpc.com

**ATTORNEY FOR PLAINTIFF, JOAO
CONTROL & MONITORING
SYSTEMS OF TEXAS, LLC**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 21st day of April, 2010 electronically transmitted a pdf version of
this document to the Clerk of Court using the CM/ECF system for filing and for transmittal of a
Notice of Electronic Filing to all attorneys of record.

       /s/ Andrew W. Spangler_____