# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| JOAO CONTROL & MONITORING SYSTEMS OF TEXAS, LLC | § § § | |
| Plaintiff, | § § | Civil Action No. 6:09-cv-499-LED |
| v. | § § | **JURY TRIAL DEMANDED** |
| PLAYBOY ENTERPRISES INC., PENTHOUSE MEDIA GROUP, INC., LFP INTERNET GROUP, LLC, STREAMRAY INC., TRUEBEGINNINGS, LLC D/B/A TRUE.COM, WOO MEDIA, INC., VIVID ENTERTAINMENT, LLC, CLUB JENNA, INC., ANABOLIC VIDEO PRODUCTIONS, INC., GAME LINK, LLC, EVIL ANGEL PRODUCTIONS, INC., NEW DESTINY INTERNET GROUP, LLC, AND SHANE ENTERPRISES, LLC | § § § § § § § § § § § § § § | |
| Defendants. | § | |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff Joao Control & Monitoring Systems of Texas, LLC ("JCMS") respectfully files this Motion to Dismiss Defendant Vivid Entertainment, LLC. JCMS has agreed to dismiss all claims asserted against Defendant in this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties shall bear their own attorneys' fees, expenses, and costs.

Dated: April 21, 2010                                         Respectfully submitted,

/s/ Andrew Spangler
Andrew W. Spangler
Texas State Bar No. 24041960
**SPANGLER LAW P.C.**
208 N. Green Street, Suite 300
Longview, Texas 75601

                Telephone: 903-753-9300
                Facsimile: 903- 553-0403
                spangler@spanglerlawpc.com

**ATTORNEY FOR PLAINTIFF, JOAO CONTROL & MONITORING SYSTEMS OF TEXAS, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2010 electronically transmitted a pdf version of this document to the Clerk of Court using the CM/ECF system for filing and for transmittal of a Notice of Electronic Filing to all attorneys of record.

                      /s/ Andrew W. Spangler_____