**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **JOAO CONTROL & MONITORING SYSTEMS OF TEXAS, LLC**  §§§§ | |
| Plaintiff,  § | |
| § | **CASE NO. 6:09CV499** |
| vs.  § | **PATENT CASE** |
| § | |
| **PLAYBOY ENTERPRISES INC., et al.**  § | |
| § | |
| Defendants.  §§ | |

**ORDER**

The Court has reviewed Plaintiff's Notice stating that all Defendants in this action have been dismissed and the case should be closed (Docket No. 126). Accordingly, the Court **ORDERS** the Clerk to close the case.

**So ORDERED and SIGNED this 14th day of April, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**